1052

[No. 7202-9-III.   Division Three.   November 20, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. MANUEL
VARGAS, JR., *Appellant.*

Appeal from a judgment of the Superior Court for
Franklin County, No. 85-1-50043-9, Fred R. Staples, J.,
entered May 21, 1985. *Affirmed* by unpublished opinion per
Thompson, J., concurred in by Green, C.J., and Munson, J.

[No. 16616-6-I.   Division One.   November 24, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN
M. TAYLOR, *Appellant.*

Appeal from a judgment of the Superior Court for Island
County, No. 84-1-00023-7, Richard L. Pitt, J., entered
March 31, 1985. *Affirmed* by unpublished opinion per Williams, J., concurred in by Scholfield, C.J., and Webster, J.

[No. 17090-2-I.   Division One.   November 24, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. ROGER
PAUL BRITTEN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 85-8-00557-2, Maurice Epstein, J. Pro Tem.,
entered August 19, 1985. *Affirmed* by unpublished opinion
per Pekelis, J., concurred in by Williams and Webster, JJ.
Now published at 46 Wn. App. 571.